OPINION OF THE COURT
 

 Memorandum.
 

 Determination appealed from and order of the Appellate Division brought up for review affirmed, with costs. Petitioner failed to raise before the Division of Housing and Community Renewal the issues he now argues on appeal. These arguments concerning the receipts included in petitioner’s income by the division for purposes of computing a hardship rental increase under the Emergency Tenant Protection Act of 1974 (L 1974, ch 576), and the division’s calculation of such an increase, may not be raised for the first time before the courts in an article 78 proceeding (see
 
 Matter of Tipon v Appeals Bd. of Dept. of Motor Vehicles,
 
 
 *968
 
 52 AD2d 1065;
 
 Matter of Lewis v Village Bd. of Trustees of Vil. of Scotia,
 
 48 AD2d 952; cf.
 
 Matter of Levine v New York State Liq. Auth.,
 
 23 NY2d 863).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur in memorandum; Judge Meyer taking no part.
 

 Determination affirmed, etc.